UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

KANDEY COMPANY, INC.,

                Plaintiff,

                                            **DECISION AND ORDER**
                                                11-CV-478A
        v.                                               11-CV-480A

LEO A. BARBERA,
BARBERA UTILITY CONTRACTING, INC.
  d/b/a HORIZONTAL HOLES, and
HORIZONTAL EQUIPMENT AND
  MANUFACTURING, INC.,

                Defendants.

---

       On August 23, 2011, the parties in Case Nos. 11-CV-478 and 11-CV-480 filed a joint stipulation in each respective docket to consolidate the cases under Case No. 11-CV-478 and to amend the caption of that case. On August 29, 2011, Magistrate Judge Hugh B. Scott issued a Report and Recommendation in each case recommending acceptance of the stipulation. No objections were filed in either case.

       After reviewing the joint stipulation and pursuant to 28 U.S.C. § 636(b)(1), the Court adopts each Report and Recommendation and approves the joint stipulation. The Clerk of the Court is directed to complete an administrative closing of Case No. 11-CV-480, as that case now has been consolidated with Case No. 11-CV-478. All subsequent filings shall occur in Case No. 11-CV-478

only.  The Clerk of the Court shall conform the caption of Case No. 11-CV-478 to the caption listed above.

    SO ORDERED.

                                         *s/ Richard J. Arcara*
                                         HONORABLE RICHARD J. ARCARA
                                         UNITED STATES DISTRICT JUDGE

DATED: September 19, 2011